```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Michael A. Rezk
    v.                                      Case No. 18-cv-1247-PB

State of New Hampshire

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 26, 2019 . The for the reasons explained in the Report and Recommendation, this case is dismissed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                          /s/ Paul J. Barbadoro
                                        _____
                                        Paul J. Barbadoro
                                        United States District Judge

Date: November 6, 2019

cc:   Michael A. Rezk, pro se